# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-12T1,

Appellant,

vs.

ANTHONY S. NOONAN IRA, LLC; AND LP FINANCIAL INC.,

Respondents.

No. 81457

FILED

DEC 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to dismiss and granting in part a motion to amend complaint and from an order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

When initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. In particular, it appeared that the district court had not entered a final judgment appealable under NRAP 3A(b)(1), *see Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment), and no other statute or court rule appeared to allow an appeal from the orders challenged on appeal, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). In response, appellant agrees that this appeal is premature and requests that the appeal be dismissed for

SUPREME COURT
OF
NEVADA

(O) 1947A

20 - 43747

lack of jurisdiction. Accordingly, this appeal is dismissed. If aggrieved, appellant may file a new notice of appeal once the district court enters an appealable order.

It is so ORDERED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                Silver


cc:    Hon. Joanna Kishner, District Judge
       Akerman LLP/Las Vegas
       Shumway Van
       Eighth District Court Clerk